# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREEN TREE SERVICING, LLC, | ) | 3:15-cv-00297-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 5, 2015 |
| | ) | |
| RAINBOW BEND HOMEOWNERS | ) | |
| ASSOCIATION; DANIEL HALL; DIANA HALL, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u>NONE APPEARING    </u>

COUNSEL FOR PLAINTIFF(S): <u> NONE APPEARING                  </u>

COUNSEL FOR DEFENDANT(S): <u> NONE APPEARING                 </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court are Plaintiff's motions to extend time for service of Daniel Hall and Diana Hall. (ECF Nos. 7, 8.)  In each motion, Plaintiff seeks an extension of time of "an additional one hundred and twenty (120) days, up to and including February 1, 2016, to locate Defendant or effectuate service by publication."  (ECF No. 7 at 3; ECF No. 8 at 3.)

     Plaintiff's motions (ECF Nos 7, 8) are **GRANTED IN PART** and Plaintiff may have an extension of **one hundred and twenty (120) days, up to and including February 1, 2016,** in which to **serve** Defendants Daniel Hall and Diana Hall.

     Plaintiff is advised that a separate motion will be required to effect service via publication.

    **IT IS SO ORDERED.**

                      LANCE S. WILSON, CLERK

                    By: _____/s/_____
                        Deputy Clerk